UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No: 23-20262
Hon. F. Kay Behm
U.S. District Judge

v.

D-1 OMAR RASHAD POUNCY,

        Defendant.
_____/

**ORDER REGARDING DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL (ECF No. 279)**

Defendant filed his motion ex parte and under seal, but the court is not convinced that it belongs under seal. Notably, no other instance of Pouncy substituting counsel (such as motions to withdraw) have been filed under seal in this case. *See, e.g.*, ECF Nos. 45, 100, 104, 109, 131. The court ordered on July 24, 2025, that by August 4, 2025, at 5:00 PM, Defendant must show cause in writing, and citing to relevant authority, why his motion – which does not appear to disclose any details of the attorney-client relationship – should remain sealed. The court warned that if no cause is found, the court would unseal the motion.

1

No filing has been made, and so it is **ORDERED** that the motion to substitute counsel (ECF No. 279) be unsealed by the Clerk, as well as the order at ECF No. 281.

**SO ORDERED**.

Date: August 6, 2025                    s/F. Kay Behm
                                        F. Kay Behm
                                        United States District Judge