UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No: 23-20262
Hon. F. Kay Behm
U.S. District Judge

v.

D-1 OMAR RASHAD POUNCY,

        Defendant.
_____/

# ORDER DENYING DEFENDANT'S MOTION TO SEAL (ECF No. 302)

Defendant Omar Pouncy ("Pouncy") has filed a sealed motion to seal an exhibit to his reply brief to ECF No. 268 (Motion to turn over cell phones).

The motion does not comply with Local Rule 5.3 for filing materials under seal.

The motion itself is filed under seal and so was not served on the opposing party. LR 5.3(b)(2). Rule 5.3 contemplates that motions to seal must themselves be filed publicly, to put the opposing party (and the public) on notice that sealed material will be filed and so that they are given a chance to object. *See* LR 5.3(b)(3)(A)(i) (motions also must

1

indicate whether any other party objects).  "Sealed" motions to seal will in the future be summarily denied for failure to comply with the Rule and refer back to this order.[1]

The motion does not, "for each proposed sealed exhibit or document," include "a detailed analysis, with supporting evidence and legal citations, demonstrating that the request to seal satisfies controlling legal authority[.]"  LR 5.3(b)(3)(A)(iv).

It does not include "an unredacted version, filed as a sealed exhibit, of the document that is sought to be filed under seal."  LR 5.3(b)(3)(A)(vi).

Defendant is reminded that the court "may determine that it can rule on the underlying filing without regard to any documents sought to be sealed and as to which sealing was denied (i.e., based upon the redacted document), in which case it may rule on the filing without further action by the parties."  LR 5.3(b)(3)(C)(iii).  Whether or not

---

[1] The court finds that ex parte motions for CJA funds, which are authorized by statute and require neither explanation of the authorizing statute nor opportunity to object, do not themselves require a separate motion to seal. Defendant should take care to separate motions for CJA funds from other issues. Motions which attempt to cabin issues not contemplated by the CJA under the same motion will be denied without prejudice in order to separate those issues which should or should not be considered ex parte.

Defendant files a corrected motion to seal, the court may act on his motion if it determines that it can rule on the motion without waiting for his exhibit.

The motion is **DENIED**.

**SO ORDERED**.

Date: August 6, 2025                    <u>s/F. Kay Behm</u>
                                                          F. Kay Behm
                                                          United States District Judge