UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No: 23-20262
Hon. F. Kay Behm
U.S. District Judge

v.

D-1 OMAR RASHAD POUNCY,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO RESCIND TOLLING ORDER (ECF No. 296)

Before the court is Defendant Omar Pouncy's ("Pouncy") motion to "retroactively rescind [the court's] August 7, 2023 Tolling Order as Improvidently Granted" (ECF No. 296). Because the motion, in substance, asks the court to undo a prior order, the court construes his motion as a motion for reconsideration of a nonfinal order.

Under Eastern District of Michigan Local Rule 7.1(h)(2) and LCrR 12.1, a party may file a motion for reconsideration of a non-final order only if: (A) the court made a mistake, correcting the mistake changes the outcome of the prior decision, and the mistake was based on the record and law before the court at the time of its prior decision, (2) an

1

intervening change in controlling law warrants a different outcome, or (3) new facts warrant a different outcome and the new facts could not have been discovered with reasonable diligence before the prior decision. E.D. Mich. L.R. 7.1(h)(2). "Motions for reconsideration of non-final orders are disfavored." *Id.*

The motion is **DENIED** because it is untimely, *see* E.D. Mich. L.R. 7.1(h)(2) (motions for reconsideration of nonfinal orders "must be filed within 14 days after entry of the order"). The order in question was entered on August 7, 2023, and this motion made in July 2025 is plainly late. Even if, as the government points out, the court were to generously construe his motion as referring to the court's order at ECF No. 209, that order was entered on April 1, 2025, and this motion would still be several months late.

**SO ORDERED**.

Date: September 4, 2025        s/F. Kay Behm
                               F. Kay Behm
                               United States District Judge

2