UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No: 23-20262
Hon. F. Kay Behm
U.S. District Judge

v.

D-1 OMAR RASHAD POUNCY,

        Defendant.

_____/

## ORDER GRANTING TEMPORARY PROTECTIVE ORDER AND STAYING CASE DEADLINES

The United States of America has filed a motion to adjourn certain pretrial dates and trial in this matter. ECF No. 367. In their motion, they ask that the court enter a protective order under Federal Rule of Criminal Procedure 16(d)(1) restricting Defendant Omar Pouncy from disclosing any discovery materials to any third person other than his current court-appointed stand-by counsel Christopher Quinn and Edward Bajoka, pending the court's decision on Mr. Harrell Milhouse's motion to substitute in as "retained" counsel. *Id.* at PageID.2932.

The court gave Mr. Pouncy until October 21, 2025, to file a response, and has set the date for hearing this motion October 29,

1

2025.[1]  No response has been received from Mr. Pouncy.[2]

Protective orders in criminal cases are not uncommon, and the Federal Rules of Criminal Procedure provide that "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Fed. R. Crim. P. 16(d); *United States v. O'Keefe*, No. CRIM. 06-0249 (PLF), 2007 WL 1239204, at *2 (D.D.C. Apr. 27, 2007).

In determining whether to make a protective order, the court will take into account such considerations as the safety of witnesses and others and a particular danger of perjury or witness intimidation. Fed. R. Crim. P. 16 advisory committee's note to 1966 amendment; Wright & Miller, 2 *Federal Practice and Procedure* § 262 (4th ed. 2025) ("The

---

[1] The date for hearing on these motions was originally November 4, 2025, but due to a number of new pending motions by Defendant, including his pending motion to substitute counsel, and the Government's motion to adjourn deadlines, the court thought it prudent to set the first available date for the court and the parties.

[2] Mr. Milhouse alleges this is because Mr. Pouncy has not received the motion and "lacks the ability to respond." ECF No. 386, PageID.3071. The court takes the point under consideration and Mr. Pouncy will have an opportunity to make arguments as to why the court should lift or otherwise terminate this protective order at the hearing on October 29, 2025. Per the court's order, both appointed standby counsel and Mr. Milhouse filed responses.

discretion provided to the trial court by Rule 16(d)(1) is vast.").

Pending final resolution of the motion at or following the hearing on October 29, 2025, the court finds good cause to temporarily enter an order to prevent witness intimidation, **GRANTS** a temporary protective order under Fed. R. Crim. P. 16(d)(1), and enters a temporary stay as to the current pending deadlines in this case.

It is hereby **ORDERED** that:

Neither Defendant Omar Pouncy nor standby counsel Mr. Quinn or Mr. Bajoka may disclose any discovery materials to any third person other than Mr. Pouncy's current court-appointed stand-by counsel Christopher Quinn and Edward Bajoka.

It is **FURTHER ORDERED** that the following dates, with their current dates listed for reference only, are **STAYED** pending full resolution of the order to adjourn and/or a revised scheduling order following the hearing on October 29, 2025:

| Plea Cut-off | **Oct. 14, 2025, by 5:00 PM** |
|---|---|
| Witness Lists, Proposed Voir Dire, Proposed Jury Instructions and Verdict Form, and Trial Briefs | **Oct. 14, 2025, by 5:00 PM** |

| | |
|---|---|
| (submitted via CM/ECF "Utilities" function) | |
| Motions *in Limine* and other objections to witness lists, proposed voir dire, jury instructions, and verdict form | **Oct. 28, 2025, by 5:00 PM** |
| Final Pretrial Conference and *Lafler* Hearing | **Nov. 4, 2025 at 1:00 PM** |
| Trial Date | **Nov. 18, 2025 at 9:00 AM** |

**SO ORDERED**.

Date: October 22, 2025             <u>s/F. Kay Behm</u>
                                    F. Kay Behm
                                    United States District Judge