UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

-vs-

D-1 OMAR RASHAD POUNCY,

      Defendant.

Case No: 23-cr-20262
Hon. F. Kay Behm

### ORDER ALLOWING STANDBY COUNSEL TO FILE UNDER SEAL THEIR RESPONSE AND ATTACHED EXHIBIT TO DEFENDANT'S MOTION TO REQUIRE STANDBY COUNSEL TO TURN OVER PROPERTY (ECF 381)

Upon the Motion of Standby Counsel, Attorneys Christopher Quinn and Edward Bajoka, and good cause having been shown:

IT IS HEREBY ORDERED that standby counsel are authorized to file under seal their joint Response to Defendant's Motion to Require Standy Counsel to Turn Over Property (ECF 381) and the attached exhibit

    SO ORDERED.

Date: November 20, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge