UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

v.

D-1 OMAR RASHAD POUNCY,

               Defendant.

_____/

Case No: 23-20262
Hon. F. Kay Behm
U.S. District Judge

**ORDER DENYING DEFENDANT'S "RENEWED MOTION TO DISMISS THE FIRST SUPERSEDING INDICTMENT FOR PREJUDICIAL PRE-INDICTMENT DELAY" (ECF No. 419)**

Before the court is Defendant Omar Pouncy's "Renewed Motion to Dismiss" for pre-indictment delay (ECF No. 419). The government responded (ECF No. 432), and the court finds that it is not necessary to wait for a reply because the issues are sufficiently presented in the motion and response. *See Convertino v. United States DOJ*, No. 07-CV-13842, 2008 U.S. Dist. LEXIS 107800, at *4 (E.D. Mich. Nov. 21, 2008) ("Just as a party is not required to submit a reply brief, the court is not required to wait for, or consider, a reply brief if the issues are sufficiently clear after considering a motion and response.").[1]

---

[1] Should a reply be received, the court will therefore not address it.

1

In this motion, Pouncy "renews" his motion to dismiss for preindictment delay, which the court denied at ECF No. 201 on the grounds that the dispositive motion deadline had passed. The court therefore denies the motion because it is untimely; as described many times previously, the dispositive motion deadline has long since passed. *See, e.g.*, ECF No. 284, 327.

Even if the court were to consider it, it quickly fails at another procedural hurdle. The motion, although styled as a "renewed" motion, in substance simply asks the court to reconsider its prior order at ECF No. 284, and the court therefore construes it as a motion for reconsideration. But Pouncy already asked for reconsideration of that order denying his motion to dismiss, and his prior motion for reconsideration was itself denied. ECF Nos. 309 (motion), 327 (order denying reconsideration). A motion to reconsider an order denying a motion for reconsideration is not permitted (LR 7.1(h)(4)), and so the motion is denied on that basis as well.

For both of the above reasons, the motion is **DENIED**.

**SO ORDERED**.

Date: December 10, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge