UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Case No: 23-20262
   Plaintiff,         Hon. F. Kay Behm
              U.S. District Judge

v.

D-1 OMAR RASHAD POUNCY,

   Defendant.
_____/

### ORDER ON DEFENDANT'S MOTIONS AT ECF Nos. 364, 378, 380, 412, 417, 418, 434, 439, 443

For the reasons stated on the record, the motion to appear unrestrained in the courtroom (ECF No. 412) is **DENIED**.

Also for the reasons stated on the record, the motion to receive all filings by certified mail (ECF No. 380) is **DENIED**. If Mr. Pouncy receives filings a month late as he alleges due to delays at the jail, he should provide proof of such in a motion or filing.

Again for the reasons stated on the record, the motion for the court to "disclose" various materials (ECF No. 418) is **DENIED.**

The motion ostensibly filed by Mr. Milhouse at ECF No. 443 is **DENIED** because Mr. Milhouse admitted on the record that he did not

1

...

sign, approve of, or know about this filing made in his name. Mr. Milhouse has withdrawn from this matter and no longer will be listed as counsel or standby counsel in this case. The Clerk is **DIRECTED** to note the termination of his appearance on the docket. No order of this court should be construed, therefore, to require access to Mr. Milhouse or any staff purporting to work on his behalf. The court takes the fact that this filing was offered by a non-attorney and presented with a false signature on behalf of an attorney who had not signed nor seen the document very seriously, and will consider further steps in association with this matter.

Because Mr. Milhouse has withdrawn as standby counsel, the motion at ECF No. 364 seeking an order to show cause for purported difficulties communicating with Mr. Milhouse is **DENIED** as moot. As far as that motion addresses communication between Pouncy and attorneys or staff not appointed by the court in this case, that request is beyond the scope of this matter. Mr. Milhouse also signed two other sealed motions at ECF Nos. 378 and 407; those are **DENIED** as moot because Mr. Milhouse has withdrawn his appearance in this matter.

Consistent with the court's statements on the record, Defendant's motion for access to e-discovery is **GRANTED IN PART**, to the extent that the court agrees that he should have an opportunity to review both a) the full cell phone extractions provided by the government, and b) the emails and/or text messages provided by the government in association with his motion at ECF No. 383 and the government's motion at ECF No. 367.  As discussed with standby counsel and consistent with that discussion, standby counsel shall provide an update to the court on the status of providing Mr. Pouncy with those materials on or within 14 days.  The update need not follow the ordinary briefing format but should include 1) whether Mr. Pouncy has been successfully provided those materials, and if so, 2) what date those materials were provided, 3) in what form Mr. Pouncy has been provided those materials, and 4) how Mr. Pouncy may access those materials moving forward.  This order resolves the motions at ECF Nos. 417 and 434; to the extent that any relief was sought in those motions that is not mentioned here, it is denied.  The court is satisfied that the hours per day presently afforded him by the Isabella County Jail offer sufficient time to review the discovery in this case.

**SO ORDERED**.

Date: January 9, 2026              <u>s/F. Kay Behm</u>
                                                    F. Kay Behm
                                                    United States District Judge