UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

D-1 OMAR RASHAD POUNCY,

                  Defendant.

Case No: 23-cr-20262

HON. F. KAY BEHM
United States District Judge

## **Protective Order**

For the reasons stated in the United States's Motion for Protective Order, and because no response has been received, it is hereby **ORDERED** pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure:

1.      That any discovery materials (or copies thereof) provided by the government to the defense (regardless of when such materials were produced) shall be used only for the purpose of litigating the above-captioned case, and that upon conclusion of the case the defense shall either return the materials to the United States or destroy them.

2.      That discovery materials marked "protected" shall not be disclosed to anybody other than the defendant and court-appointed stand-by counsel, unless the defendant or court-appointed stand-by counsel disclose them for the purpose of litigating this case and the recipient has read and signed the Court's order. If defendant Pouncy discloses the materials, he must maintain a copy of the order

1

bearing the recipient's signature during the pendency of the case, and he must produce it to the government if directed by the Court. Similarly, if court-appointed stand-by counsel discloses materials, stand-by counsel must maintain a copy of the order bearing the recipient's signature during the pendency of the case, and court-appointed stand-by counsel must produce it to the government if directed by the Court.

3.      That discovery materials marked "protected" that are filed with the Court shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects with the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

SO ORDERED.

Date: March 6, 2026                         s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge


Name of recipient of Discovery Materials marked "protected":_____

I have read this order and agree to abide by its terms: _____
                                                              Signature

2