UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                          Case No. 23-20262-1

      Plaintiffs,                                       Hon. F. Kay Behm

v.

OMAR RASHAD POUNCY,

      Defendants.

_____/

### ORDER REQUIRING DEFENDANT'S APPEARANCE

On January 14, 2026, the Court scheduled a final pretrial conference in this action for March 12, 2026 at 1:00 p.m.  Defendant Omar Rashad Pouncy is ordered to personally appear at that final pretrial conference.  Through this order, the United States Marshals Service is authorized to use the minimum amount of force necessary to ensure Mr. Pouncy's appearance in Court for the scheduled final pretrial conference.

      **IT IS SO ORDERED**.

Date: March 11, 2026                          s/F. Kay Behm
                                             F. Kay Behm
                                             United States District Judge

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 11, 2026, by electronic means and/or ordinary mail.

Date: March 11, 2026                           s/Kourtney Collins
                                               Case Manager
                                               (810) 341-7064