UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　CASE NO. 23-cr-20262

　　　　　　Plaintiff,

　　　　　　　　　　　　　　　Hon. F. Kay Behm
v.　　　　　　　　　　　　　　United States District Judge

D-1 OMAR RASHAD POUNCY,

　　　　　　Defendant.
_____/

## <u>ORDER FOR LUNCH TO BE PROVIDED TO JURY</u>

　　　IT IS ORDERED THAT the jurors empanelled in the above case on

March 25, 2026 be furnished their lunch at the expense of the Court

during deliberations held on April 7, 2026.

　　　SO ORDERED.


Date: April 6, 2026　　　　　　　　s/F. Kay Behm
　　　　　　　　　　　　　　　　　F. Kay Behm
　　　　　　　　　　　　　　　　　United States District Judge