UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

|  | |
|---|---|
| Plaintiff, | Case No: 23-20262<br>Hon. F. Kay Behm<br>U.S. District Judge |

v.

|  | |
|---|---|
| D-1 OMAR RASHAD POUNCY, | Case No. 26-mc-50263 |
| Defendant. | |

_____/

## MEMORANDUM ORDER

For the reasons stated on the record on March 25, 2026, the motion to quash in 26-mc-50263 regarding Mr. Wayne Grimes was granted, and Grimes was found to be unavailable as a witness under the meaning of Fed. R. Evid. 804(a)(4) for purposes of the trial held in Case No. 23-20262-1.

**SO ORDERED**.

Date: April 13, 2026              s/F. Kay Behm
                                  F. Kay Behm
                                  United States District Judge

1