UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                    Case No: 23-20262
        Plaintiff,               Hon. F. Kay Behm
                                      U.S. District Judge

v.

D-1 OMAR RASHAD POUNCY,              Case No. 26-mc-50273

        Defendant.

_____/

## **MEMORANDUM ORDER**

For the reasons stated on the record on March 25, 2026, and for the additional reasons stated on the record upon reconsideration of the issue on April 2, 2026, the motion to quash filed in 26-mc-50273 was granted, and witness Thomas Sandstrom was found to be unavailable under the meaning of Fed. R. Evid. 804(a)(4) for the purposes of the trial held in Case No. 23-20262-1.

      **SO ORDERED**.

Date: April 13, 2026              s/F. Kay Behm
                                   F. Kay Behm
                                 United States District Judge