UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

D-1 OMAR RASHAD POUNCY,

                Defendant.

_____/

Case No: 23-20262
Hon. F. Kay Behm
U.S. District Judge

## ORDER REGARDING OUTSTANDING MOTIONS

This order is entered to record the outcome of certain motions presently still marked pending on the docket.

For the reasons stated on the record on March 24, 2026, the Defendant's motions at ECF Nos. 488, 489, 490, and 491 were all denied.

For the reasons stated on the record on March 25, 2026, the Government's motions in limine at ECF Nos. 470 and 471 were both granted.

Mr. Bajoka indicated on the record on April 3, 2026, that although defense counsel's notice of withdrawal of all pending motions enumerated certain motions, it was counsel's intention that the notice

1

apply to any and all outstanding motions filed by the Defendant while he represented himself, including those at ECF Nos. 492, 493, 494, and 495. The court thus finds that those motions were withdrawn by the notice at ECF No. 512 and will be marked as such on the docket.

Finally, Defendant's oral motion for judgment of acquittal (marked as ECF No. 519) is **DENIED** as moot by operation of the plea agreement entered on April 8, 2026.

**SO ORDERED**.

Date: April 13, 2026                          s/F. Kay Behm
                                             F. Kay Behm
                                             United States District Judge