UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 OMAR RASHAD POUNCY,

Defendant.

_____/

Case No: 23-20262
Hon. F. Kay Behm
U.S. District Judge

### NOTICE ON BRIEFING SCHEDULE FOR MOTION TO SUBSTITUTE AND TO WITHDRAW PLEA (ECF No. 543)

This notice makes no modification to prior orders; it is issued for the benefit of clarity to all parties given the many possible outcomes from the court's prior order.  Before the court remains Defendant Omar Pouncy's motion that he titles "substitution of counsel."  ECF No. 543. In resolving that motion, the court gave any retained counsel appearing on Defendant's behalf fourteen days to file their appearance.  ECF No. 545, PageID.5847, ¶ 2.  That deadline was May 20, 2026.  No retained counsel has filed an appearance, and so court-appointed counsel shall remain appointed to represent Defendant through the sentencing scheduled for July 14, 2026, in this matter.

1

The court also construed Mr. Pouncy's motion in part as a motion to withdraw his plea.  ECF No. 545, PageID.5845.  Pouncy is represented by appointed counsel and cannot proceed in a hybrid manner.  But in light of the relatively rare circumstance now before the court, where Defendant has clearly requested to represent himself but the court has denied that request and has required him to proceed with appointed counsel, and given the particular subject matter presented, out of an abundance of caution the court prefers to receive arguments on the merits of his motion to withdraw his plea.

Consistent with the terms laid out in its prior order, the Government has until May 27, 2026, to file a response to Defendant's motion (ECF No. 543), construed as a motion to withdraw his plea. ECF No. 545, PageID.5848, ¶ 5.  The Government shall mail Defendant a copy of their response because he filed it in a hybrid capacity and defense counsel have indicated they will not argue his claims. Defendant shall have 7 days to file a reply.  *Id.*

Date: May 21, 2026                          s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge

2